```
                                              FILED
        UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF ALABAMA
            NORTHWESTERN DIVISION           00 MAR 14 PM 3 55

                                             U.S. DISTRICT COURT
                                              N.D. OF ALABAMA
```

| | | |
|---|---|---|
| **MELVIN DAWSON,** | } | |
| Plaintiff, | } | |
| v. | } | CASE NO. CV 97-B-2737-NW |
| **CHARLES D. PAGE, JR.,** Clerk of Circuit Court, Limestone County, AL; **JIM LANDERS,** Deputy Sheriff, Limestone County, AL; **MIKE BLAKELY,** Sheriff, Limestone County, AL; **SONJA BLACKBURN,** Clerk, Limestone County, AL, | } } } } } } } } | **ENTERED**  MAR 1 4 2000 |
| Defendants. | } | |

## MEMORANDUM OPINION

This case is before the court on the Motion for Summary Judgment filed by defendant Charles Page and the Motion for Summary Judgment filed by defendants Mike Blakely, Jim Landers, and Sonja Blackburn.[1] On March 2, 1999, and March 22, 1999, the court entered Orders directing plaintiff to submit any opposition to defendants' Motions by a specific date. Because the plaintiff is proceeding pro se, the court gave the plaintiff ten-day notice of the summary judgment rules, of his right to file affidavits or other materials in opposition to the Motions, and of the consequences of default. Plaintiff timely filed oppositions to both Motions. Upon consideration of the record, the submissions of the parties, and the relevant law, the court is of the opinion that no genuine issue of material fact exists herein and defendants are entitled to judgment as a matter of law.

---

[1] This defendant is unrelated to the undersigned judge.

The facts of this case are set forth in detail in the Motion for Summary Judgment filed by defendants Blakely, Landers, and Blackburn. The alleged facts are supported by the evidence filed by these defendants and by defendant Page.

Under FED.R.CIV.P. 56(c), summary judgment is proper "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." *See Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). The movant can meet this burden by presenting evidence showing that there is no dispute of material fact, or by showing that the nonmoving party has failed to present evidence in support of some element of their case on which they bear the ultimate burden of proof. *Celotex*, 477 U.S. at 322-23; *see* FED.R.CIV.P. 56(a) and (b). Once the moving party has met its burden, Rule 56(e) provides:

> When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response . . . must set forth specific facts showing that there is a genuine issue for trial. If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

Applying the standards governing summary judgment to the facts of this case, the court concludes that there is no genuine issue as to any material fact, and defendants are entitled to judgment as a matter of law. The court has considered the arguments and evidence submitted by the plaintiff in opposition to defendants' Motions for Summary Judgment. Nothing in plaintiff's submissions create a genuine issue of material fact for trial. The facts and law applicable to this

case warrant granting summary judgment for defendants. Each defendant is entitled to immunity against plaintiff's claims as argued in their Motions and Memoranda. Consequently, the court holds that the Motions for Summary Judgment by defendants Charles Page, Mike Blakely, Jim Landers, and Sonja Blackburn are due to be granted.

An Order granting defendants' Motions for Summary Judgment will be entered contemporaneously with this Opinion.

**DONE** this /4th day of March, 2000.

*Sharon Lovelace Blackburn*
**SHARON LOVELACE BLACKBURN**
United States District Judge